UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00429

**Daniel Lee Beggs,**
*Plaintiff,*

v.

**Botie Hillhouse et al.,**
*Defendants.*

# ORDER

Plaintiff Daniel Lee Beggs, a former inmate of the Henderson County Jail proceeding pro se, filed a civil-rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

Defendants moved for summary judgment on the basis that plaintiff failed to exhaust his administrative remedies before filing suit as required by Title 42 U.S.C. § 1997e(a). Docs. 22, 23. On December 20, 2022, the magistrate judge issued a report recommending that the defendants' motions be granted and that this case be dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies. Doc. 32. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case without prejudice.

*So ordered by the court on January 26, 2023.*

J. CAMPBELL BARKER
United States District Judge